**Opinion issued September 23, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-14-00679-CR**

———————————

**IN RE MIGUEL ANGEL YEPEZ, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus[1]**

---

**MEMORANDUM OPINION**

By petition for writ of mandamus, Relator Miguel Angel Yepez challenges the Order For AIDS Testing entered in the trial court on July 15, 2014.

We **deny** relator's petition for writ of mandamus. All outstanding motions are **dismissed as moot**.

---

[1]    The underlying cause of action is *Miguel Angel Yepez v. The State of Texas*, in the District court of Harris County, Texas, 174th Judicial District, Cause No. 1412836, the Honorable Ruben Guerrero presiding.

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle.